UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSE MARIE LEE,

       Plaintiff,                                   Case No. 1:17-cv-619

v.                                              HON. ROBERT J. JONKER

CREDIT PROFESSIONAL
SERVICES CORP., et al.,

       Defendants.
_____/

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this Notice of Dismissal, to dismiss this lawsuit, with prejudice, as to all defendants.

Dated: August 29, 2017                     /s/ Phillip C. Rogers
                                                       Phillip C. Rogers (P34356)
                                                       Kevin J. Rogers (P81303)
                                                       Attorneys for Plaintiff
                                                       6140 28th Street, S.E., Suite 115
                                                       Grand Rapids, Michigan 49546
                                                       (616) 776-1176
                                                       ConsumerLawyer@aol.com